THE PEOPLE ex rel. ROBERT LANCE, Relator-Appellant, v. RICHARD ELROD, Sheriff of Cook County, Respondent-Appellee.

(No. 58501;

First District (3rd Division)—August 1, 1974.

PER CURIAM.

MEJDA, J., took no part.

Patrick J. Reilly, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.